# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ATHANASIOS DRENIS, et. al.,

                Plaintiffs/Appellees,

    -against-

ANGELO HALIGIANNIS, et. al.,

                Defendants/Appellants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

: No. 04-CV-9263 (LAP) (KNF)

: Docket No. 14-167

## AFFIRMATION OF G. ROBERT GAGE, JR. IN SUPPORT OF
## PETER DERBY'S MOTION TO HOLD HIS APPEAL IN ABEYANCE

      I, G. Robert Gage, Jr., declare under penalties of perjury as follows:

      1.     I am a member of the law firm Gage Spencer & Fleming LLP, counsel to innocent investor defendant Peter Derby ("Derby"), and a member of the bar of this Court. I submit this affirmation in support of Derby's motion to hold his appeal in abeyance in the above-captioned action.

      2.     This action arises out of one group of limited partners attempting to sue another group of limited partners. On July 2, 2013, Derby moved for summary judgment on the limited issue of the insufficiency of plaintiffs' purported accounting of the dissolution of the Sterling Watters entities, because "a pre-suit accounting is a condition precedent to maintaining an action at law between partners. . . ." *Drenis v. Haligiannis*, 452 F. Supp. 2d 418, 430, 431 (S.D.N.Y. 2006) (holding "the existence of this general rule is so well established that it should require no citation of authorities"). On December 17, 2013, after oral argument, the Honorable Loretta A. Preska issued a judgment on the sufficiency of plaintiffs' purported accounting.

3. On January 14, 2014, Derby filed a Notice of Appeal (annexed hereto as Exhibit A) of the December 17, 2013 Judgment of the Honorable Loretta A. Preska. Derby's Civil Appeal Pre-Argument Statement Form C and Civil Appeal Transcript Information Form D are currently due to be filed January 28, 2014.

4. On January 21, 2014, both parties attended a settlement conference before the Honorable Loretta A. Preska and progress was made in reaching a resolution. At the conference, Chief Judge Preska suggested that the parties reconvene for a second settlement conference before the Court in a few weeks.

5. In the interest of both cost and judicial efficiency, Derby hereby requests that his appeal be held in abeyance until a second settlement conference can be held before Chief Judge Preska.

6. Plaintiff counsel has consented to holding the appeal in abeyance pending the second settlement conference.

7. I declare the foregoing under penalty of perjury under the laws of the United States and the State of New York.

Dated: New York, New York
January 28, 2014

/s/ G. Robert Gage, Jr.
_____
G. Robert Gage, Jr.